IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Re: Anne F. Edwards v. Allwell Behavioral, Houston County, GA
Civil Action File No. _____

## COMPLAINT

1:10-CV-3794

1) Using deception and force to secure unpaid professional services is a violation of my civil rights.

2) Lying about an applicant's guaranteed pay is unconstitutional and should be reviewed by the Department of Labor.

3) Forcing a professional to do her own billing while knowing she will not be paid is unconscionable and reckless.

4) Refusing to help at all with any type of pay or billing assistance is beyond belief and without conscience.

5) Restitution is demanded in the amount of $8,000,000.

Anne Edwards, PhD, JD

_C.E—, PhD, JD_
P.O. Box 27976, Macon, GA 31221